IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

|  |  |  |
|---|---|---|
| TIMOTHY J. LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12-CV-1204 |
| | ) | |
| BAY INDUSTRIES, INC., | ) | |
| AWS/gb CORPORATION, AND | ) | |
| SCHMIDT ACQUISITION 114, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT MOTION FOR LEAVE
## TO EXCEED PAGE LIMIT

Pursuant to Eastern District of Wisconsin Local Rule 56(b)(8)(B); Plaintiff Timothy J. Lewis ("Plaintiff") and Defendants Bay Industries, Inc., AWS/gb Corporation and Schmidt Acquisition 114, Inc.("Defendants") file this Joint Motion for Leave to Exceed Page Limit. The parties respectfully submit that good cause exists for the required relief and in support states as follows:

1. The above-lawsuit lawsuit involves two distinct and multi-faceted causes of action, one a claim under federal law for retaliation under Title VII and another a claim under Wisconsin state law for wrongful discharge in violation of a fundamental public policy.

2. The parties each believe that an enlargement of pages is necessary in order to discuss adequately the issues involved in this matter and provide the Court with sufficient information upon which to rule upon a motion for summary judgment.

3. For these reasons, the parties respectfully request that the Court grants their motion and allow both Plaintiff and Defendants to submit a memorandum of law in support or opposition to a motion for summary judgment that is up to and including 40 pages in length (excluding any caption, cover page, table of contents, table of authorities, and signature block). A proposed Order is attached.

Dated: October 31, 2013.

Respectfully submitted,

**GONZALEZ SAGGIO & HARLAN LLP**

By:  /s/ Ronald s. Stadler
   Ronald S. Stadler, Esq.
   Wis. State Bar No. 1017450
   Email: Ronald_Stadler@gshllp.com

   GONZALEZ SAGGIO & HARLAN LLP
   111 East Wisconsin Avenue, Suite 1000
   Milwaukee, Wisconsin  53202
   Telephone: (414) 277-8500
   Facsimile: (414) 277-8521
   LEGAL COUNSEL FOR DEFENDANTS

**PETERSON, BERK & CROSS, S.C.**

By:  s/Michael F. Brown
   Michael F. Brown, Esq.
   Wis. State Bar No.: 1041753
   Email:  mbrown@pbclaw.com
   200 E. COLLEGE AVE.
   APPLETON, WI 54912
   Telephone: (920)831-0300
   Facsimile: (920)831-0165

LEGAL COUNSEL FOR PLAINTIFF