# United States District Court

EASTERN DISTRICT OF WISCONSIN

TIMOTHY J. LEWIS,
    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

Case No. 12-C-1204

BAY INDUSTRIES, INC.,
AWS/gb CORPORATION,
and SCHMIDT ACQUISITION 114, INC.,
    Defendant.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff takes nothing and the case is DISMISSED.

Approved:     s/ William C. Griesbach
                    William C. Griesbach, Chief Judge
                    United States District Court

Dated: October 1, 2014.

                    JON W. SANFILIPPO
                    Clerk of Court

                    s/ Cheryl A. Veazie
                    (By) Deputy Clerk